No. 1018.   EX PARTE TINKOFF.   May 23, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals

for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Paysoff Tinkoff, pro se.*